# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| RICHARDS-WILCOX, INC., Plaintiff<br>v.<br>DATUM FILING SYSTEMS, INC., Defendant. | 08cv1509<br>FILED: 03/13/08   AEE<br>JUDGE DER-YEGHIAYAN<br>MAG. JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RICHARDS-WILCOX, INC., Plaintiff

| NAME (Type or print) |
|---|
| Brett A. Valiquet |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ /Brett A. Valiquet/ |

| FIRM |
|---|
| SCHIFF HARDIN LLP |

| STREET ADDRESS |
|---|
| 233 S. Wacker Drive - 6600 Sears Tower |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2882892 | 312-258-5786 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |