# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

RICHARDS-WILCOX, INC., Plaintiff
v.
DATUM FILING SYSTEMS, INC., Defendant

Case Number: 08cv1509
JUDGE DER-YEGHIAYAN
MAG. JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RICHARDS-WILCOX, INC., Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Richard Hoskins | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ /Richard Hoskins/ | |
| FIRM | |
| SCHIFF HARDIN LLP | |
| STREET ADDRESS | |
| 233 S. Wacker Drive - 6600 Sears Tower | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1266063 | 312-258-5509 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |