IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARDS-WILCOX, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CIVIL ACTION NO. 08cv1509 |
| DATUM FILING SYSTEMS, INC., | )   JUDGE DER-YEGHIAYAN |
| | )   MAG. JUDGE VALDEZ |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |

**STATEMENT CONCERNING NOTICE OF A CLAIM INVOLVING A PATENT
PURSUANT TO LOCAL RULE 3.4**

Pursuant to Local Rule 3.4, Plaintiff provides the following information for the patent in suit required by 35 U.S.C. §290:

    U.S. Patent No. 6,105,513

    Parties: Richards-Wilcox, Inc. – Plaintiff
           600 South Lake Street
           Aurora, Illinois 60506

           Datum Filing Systems, Inc. - Defendant
           89 Church Road
           Emigsville, Pennsylvania 17318-0355

    Inventor: Douglas C. Mittag

Dated:   March 13, 2008

                                          _/s/ Brett A. Valiquet_____
                                          Brett A. Valiquet
                                          Richard J. Hoskins
                                          SCHIFF HARDIN LLP
                                          233 South Wacker Drive - 6600 Sears Tower
                                          Chicago, Illinois 60606
                                          (312) 258-5786
                                          Attorneys for Plaintiff