**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RICHARDS-WILCOX, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **DATUM FILING SYSTEMS, INC.,** | ) | **08cv11509** |
| | ) | **Filed: 03/13/08 AEE** |
| | ) | **Judge Der-Yeghiayan** |
| **Defendant.** | ) | **Mag. Judge Valdez** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ITS COMPLAINT WITHOUT**
**PREJUDICE**

Plaintiff hereby dismisses without prejudice its Complaint against Defendant in

accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Appearance, Answer, or

Motion for Summary Judgment has been filed by Defendant. Pursuant to FRCP 41(a)(1)(A)(i)

no court order is required.

Dated: May 6, 2008

Brett A. Valiquet ID No. 2882892
Richard J. Hoskins ID No.1266063
SCHIFF HARDIN LLP
233 South Wacker Drive
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5786
Attorneys for Plaintiff